COPY

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

TANYA KELLEY

**SUMMONS IN A CIVIL CASE**

V.

FIRST FINANCIAL ASSET
MANAGEMENT, INC., a Delaware
Corporation

CASE NUMBER: 06- 2122

TO: (Name and address of Defendant)

FIRST FINANCIAL ASSET MANAGEMENT, INC.
c/o Lexis Document Services, Inc.   (Registered Agent)
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roy Jackson Dent
BRANKEY & SMITH, P.C.
622 Jackson Avenue
Charleston, IL 61920

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                                       6/21/06
CLERK                                                                    DATE

s/V. Ball
(BY) DEPUTY CLERK