E-FILED
Wednesday, 11 October, 2006  04:34:22 PM
Clerk, U.S. District Court, ILCD

✎AO 458 (Rev. 10/95)    Appearance

# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS / DANVILLE-URBANA DIVISION |
|---|---|---|

TANYA KELLEY,
      Plaintiff,
        v.
FIRST FINANCIAL ASSET MANAGEMENT,
INC., a Delaware corporation,
      Defendant.

**APPEARANCE**

Case Number:   06-2122

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for

      FIRST FINANCIAL ASSET MANAGEMENT, INC.

      I certify that I am admitted to practice in this court.

| 10/11/2006 | /s/ MICHAEL P. SMITH |
|---|---|
| Date | Signature |

| Michael P. Smith | 6281477 |
|---|---|
| Print Name | Bar Number |

Hinshaw & Culbertson LLP, 222 N. La Salle Street, #300
Address

| Chicago | IL | 60601 |
|---|---|---|
| City | State | Zip Code |

| (312) 704-3000 | (312) 704-3001 |
|---|---|
| Phone Number | Fax Number |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 11, 2006, I electronically filed Defendant **First Financial Asset Management, Inc.'s Appearance**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.


Respectfully submitted,

By: <u>/s/ Michael P. Smith</u>

David M. Schultz
Michael P. Smith
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000


ARDC No. 6281477
msmith@hinshawlaw.com