UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| TANYA KELLEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FIRST FINANCIAL ASSET MANAGEMENT, INC., )<br>a Delaware corporation, )<br>)<br>Defendant. ) | 06-2122-MPM-DGB<br><br>Jury Trial Demand |

**JOINT REPORT OF PARTIES and**

**PROPOSED SCHEDULING AND DISCOVERY ORDER**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.3, an initial meeting of the parties was held on November 22, 2006 with attorneys Michael P. Smith and Roy Jackson Dent participating.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. Initial interrogatories and requests to produce, pursuant to Fed. R. Civ. P. 33 and 34, shall be served on opposing parties by January 1, 2007.

2. Plaintiff's deposition shall be taken by March 1, 2007.

3. Defendant's deposition shall be taken by April 1, 2007.

4. Third party actions must be commenced by May 1, 2007. Cross-claims and counterclaims shall be filed in accordance with the Federal Rules of Civil Procedure.

5. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Fed. R. Civ. P. 25(a)(2). as follows:

Plaintiff's expert(s): May 1, 2007

Defendant's expert(s): July 1, 2007

6. Depositions of expert witnesses must be taken by:

Plaintiff's expert(s): June 15, 2007

Defendant's expert(s): August 15, 2007

7. Discovery shall be completed by October 1, 2007 (which date shall be no later than ninety (90) days before the first day of the month of the presumptive trial month). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

8. All dispositive motions shall be filed by October 15, 2007 (which date shall be no later than forty-five (45) days before the first day of the month of the presumptive trial month). Dispositive motions filed after this date will not be considered by the Court.

Dated: November 22, 2006.

| | |
|---|---|
| s/ Roy Jackson Dent | s/ Michael P. Smith |
| Roy Jackson Dent | Michael P. Smith |
| Brankey & Smith, P.C. | Hinshaw & Culbertson, L.L.P. |
| 622 Jackson Avenue | 222 N. LaSalle Street, Suite 300 |
| Charleston, IL 61920 | Chicago, IL 60601 |
| Phone: (217) 345-6222 | Phone: (217) 704-3016 |
| Facsimile: (217) 345-6232 | Facsimile: (217) 704-3001 |
| E-Mail: rdent@brankeysmithpc.com | E-Mail: msmith@hinshawlaw.com |
| Attorney for Plaintiff | Attorney for Defendant |