# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| TANYA KELLEY, ) | |
|         Plaintiff, ) | |
| v. ) | |
| ) | Case No. 06-2122 |
| FIRST FINANCIAL ASSET ) | |
| MANAGEMENT, INC., ) | |
| a Delaware corporation, ) | |
|         Defendant. ) | |

## DISCOVERY ORDER

A discovery conference was held **November 30, 2006,** pursuant to FRCP 16 and local rule 16.2(A). The conference was held by telephone conference call pursuant to local rule 16.2(C). Plaintiff was represented by Roy Jackson Dent. Defendant was represented by appeared by Michael P. Smith. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. Initial interrogatories and requests to produce pursuant to FED. R. CIV. P. 33 and 34 shall be served on opposing parties by **January 1, 2007.**

2. Plaintiff's deposition shall be taken by **March 1, 2007.**

3. Defendant's deposition shall be taken by **April 1, 2007.**

4. Third party actions must be commenced by **May 1, 2007.** Cross-claims and counterclaims shall be filed in accordance with the Federal Rules of civil Procedure.

5. Expert witnesses shall be disclosed, along with written reports prepared and signed by the witnesses pursuant to FED. R. CIV. P. 25(a)(2) as follows:

Plaintiff's expert(s): **May 1, 2007;** to be deposed by **June 15, 2007.**
Defendant's expert(s): **July 1, 2007;** to be deposed by **August 15, 2007.**

6. All discovery, including deposition of experts, is to be completed by **October 1, 2007.**

7. The deadline for filing case dispositive motions shall be **October 15, 2007.**

8.  The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **February 1, 2008, at 1:30 p.m.**

9.  The matter is scheduled for *jury selection and jury trial* before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **February 11, 2008, at 9:00 a.m. (Case No. 1).**

ENTER this 6th day of December, 2006.

                                                    s/ DAVID G. BERNTHAL
                                                  U.S. MAGISTRATE JUDGE