UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| TANYA KELLY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST FINANCIAL ASSET MANAGEMENT, )<br>INC., )<br>)<br>Defendant. ) | Case No.: 06-2122-MPM-DGB<br><br>Judge: McCuskey |

### NOTICE OF APPEARANCE

TO: Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendant First Financial Asset Management, Inc.

I certify that I am admitted to practice in this court.

Dated this 2nd day of May, 2007.

16416239v1 868162

        Respectfully submitted,

/s/ Carlos A. Ortiz
**David M. Schultz**
Attorney Bar No. 6197596
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, IL  60601-1081
Telephone: (312)704-3000
Fax: (312)704-3001
**Carlos A. Ortiz**
Attorney Bar No. 1050385
Hinshaw & Culbertson LLP
100 East Wisconsin Avenue, Suite 2600
Milwaukee, WI  53202-4115
Telephone: 414-276-6464
Facsimile: 414-276-9220
Email:  dschultz@hinshawlaw.com
       cortiz@hinshawlaw.com
Attorneys for Defendant First Financial Asset Management, Inc.

16416239v1 868162