E-FILED
Monday, 07 May, 2007  01:40:23 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# DANVILLE/URBANA DIVISION

| | |
|---|---|
| Tanya Kelley, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:06-CV-02122 MPM DGB |
| | ) |
| v. | ) |
| | ) |
| First Financial Asset Management, Inc., | ) |
| Defendant. | ) |
| | ) |
| | ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for:

**First Financial Asset Management, Inc.**

I certify that I am admitted to practice in this court.

Date: May 7, 2007

Respectfully submitted,

By: s/ David M. Schultz
David M. Schultz
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
312-704-3000
312-704-3001 (f)
dschultz@hinshawlaw.com

6186138v1 850464

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| Tanya Kelley, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:06-CV-02122 MPM DGB |
| | ) | |
| v. | ) | |
| | ) | |
| First Financial Asset Management, Inc., | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on May 7, 2007, I electronically filed Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Roy Jackson Dent
    Brankey & Smith, P.C.
    rdent@brankeysmithpc.com

    Respectfully submitted,
    First Financial Asset Management, Inc.

    By: /s/   David M. Schultz
    David M. Schultz
    HINSHAW & CULBERTSON LLP
    222 North LaSalle Street, Suite 300
    Chicago, IL 60601
    312-704-3000
    312-701-3001 (f)
    dschultz@hinshawlaw.com