UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| TANYA KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 06-2122-MPM-DGB |
| v. ) | |
| ) | Judge: McCuskey |
| FIRST FINANCIAL ASSET MANAGEMENT, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

### MOTION TO WITHDRAW MICHAEL P. SMITH AS COUNSEL

Defendant, First Financial Asset Management, Inc., by their attorneys, Hinshaw & Culbertson LLP, hereby respectfully move the court to allow the removal of Attorney Michael P. Smith as one of their attorneys of record as Attorney Smith is no longer associated with the Hinshaw & Culbertson LLP law firm.  All other attorneys who have appeared on behalf of First Financial Asset Financial Management, Inc. will remain in the subject action.

Dated 9th day of May, 2007.

s/ Carlos A. Ortiz
David M. Schultz
Attorney Bar No. 6197596
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL  60601-1081
Telephone:(312)704-3000
Fax:  (312) 704-3001
E-Mail:  dschultz@hinshawlaw.com

Carlos A. Ortiz
Attorney Bar No.:  1050385
Hinshaw & Culbertson LLP
100 E. Wisconsin Avenue, Suite 2600
Milwaukee, WI  53202-4115
Telephone:  (414) 276-6464
Fax:  (414) 276-9220|
E-Mail:  cortiz@hinshawlaw.com
Attorneys for Defendant First Financial Asset Management, Inc.