UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| TANYA KELLY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST FINANCIAL ASSET MANAGEMENT, )<br>INC., )<br>)<br>Defendant. ) | Case No.: 06-2122-MPM-DGB<br><br>Judge: McCuskey |

### CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2007, I electronically filed the Motion to Withdraw Michael P. Smith with the Clerk of Court for the United States District Court, Central District of Illinois, using the CM/ECF system which will send notification of such filing to the following:

> Roy Jackson Dent
> Brankey & Smith P.C.
> 622 Jackson Ave.
> Charleston, IL 61920

Dated this 9th day of May, 2007.

> s/ Carlos A. Ortiz
> David M. Schultz
> Attorney Bar No. 6197596
> Hinshaw & Culbertson LLP
> 222 North LaSalle Street
> Suite 300
> Chicago, IL  60601-1081
> Telephone:(312)704-3000
> Fax:  (312) 704-3001
> E-Mail:dschultz@hinshawlaw.com

Carlos A. Ortiz  
Attorney Bar No.:  1050385  
Hinshaw & Culbertson LLP  
100 E. Wisconsin Avenue, Suite 2600  
Milwaukee, WI  53202-4115  
Telephone:  (414) 276-6464  
Fax:  (414) 276-9220|  
E-Mail:  cortiz@hinshawlaw.com  
Attorneys for Defendant First Financial Asset Management, Inc.