UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| TANYA KELLEY, | ) | |
| | ) | 06-2122-MPM-DGB |
| Plaintiff, | ) | |
| | ) | Jury Trial Demand |
| vs. | ) | |
| | ) | |
| FIRST FINANCIAL ASSET MANAGEMENT, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION TO DISMISS

NOW COME Plaintiff TANYA KELLEY, by and through her attorneys, Brankey & Smith, P.C., and Defendant FIRST FINANCIAL ASSET MANAGEMENT, INC., by and through its attorneys, Hinshaw & Culbertson, L.L.P., and stipulate that the above-captioned cause should be dismissed with prejudice and with each party bearing its own costs.


s/ Roy Jackson Dent
Roy Jackson Dent
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Facsimile: (217) 345-6232
E-Mail: rdent@brankeysmithpc.com

Attorney for Plaintiff

_s/ Carlos A. Ortiz
Carlos A. Ortiz
Hinshaw & Culbertson, L.L.P.
100 E. Wisconsin Ave., Ste 2600
Milwaukee, WI 53202
Phone: (414) 225-4820
Facsimile: (414) 276-9220
E-Mail: cortiz@hinshawlaw.com

Attorney for Defendant
(With consent)